99 P.3d 615

# INTERMEDIATE COURT OF APPEALS OF HAWAIʻI

**October 21, 2004**

| | | |
|---|---|---|
| 25863 | Doe, In re | Affirmed |
| 25821 | State v. Painovich | Affirmed |
| 25204 | State v. Penn | Affirmed |

**October 27, 2004**

| | | |
|---|---|---|
| 25686 | Wilcox v. Keller | Affirmed |

**October 28, 2004**

| | | |
|---|---|---|
| 25740 | Lolohea v. State | Affirmed |